## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**v.**                       **CASE NO. 5:17-CR-50070**

**INGRID GARCIA**                                      **DEFENDANT**

### ORDER

Now pending before the Court is the Report and Recommendation (Doc. 32) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on March 23, 2020. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 32) is **ADOPTED IN ITS ENTIRETY**, and Defendant's *pro se* Motion Requesting the Assistance of This Court in Forwarding This Request to the Attorney General for Use of Earned Time Credits Pursuant to the First Step Act of 2018 (Doc. 30) is **DENIED**.

**IT IS SO ORDERED** on this 10th day of April, 2020.

                                               /s/ Timothy L. Brooks
                                               TIMOTHY L. BROOKS
                                               UNITED STATES DISTRICT JUDGE