IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                                       **PLAINTIFF**

**V.**                                    **CASE NO. 5:17-CR-50070**

**INGRID GARCIA**                                                                                                    **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 36) of United States Magistrate Judge Erin L. Wiedemann, filed on April 28, 2021. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 36) is **ADOPTED IN ITS ENTIRETY**, and Defendant's *pro se* Motion for Hardship Credit for Time Served (Doc. 34) is **DENIED**.

**IT IS SO ORDERED** on this 18th day of May, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE